

**CIVIL ACTION 4:08-CV-01545; NCI Group v. Calamar Construction Management, Inc.**

Kevin Koudelka to 'Cathy_Carnew@txs.uscourts.gov'  11/09/2009 05:10 PM

Cc: Tammy Hintz, "'Domagalski, James P.'" , "Michael D. Richardson" , "'DiCesare, Nicholas J.'"

Ms. Carnew,

The parties have resolved this case. Please inform Judge Hughes and remove the case from the docket. The parties will be submitting dismissal documents shortly.

Thank you for all you help in this matter.

Sincerely,

Kevin Koudelka

**Kevin A. Koudelka**
Attorney
**ROSE • WALKER, LLP**
3500 Maple Ave., Suite 900
Dallas, Texas 75219
Ph: 214.752.8600
Fax: 214.752.8700
rosewalker.com

The information contained in this message is privileged, confidential and intended only for the use of the addressee. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and return the original message to the sender at the above e-mail address. Thank you.