UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

NCI Group, Inc., §
 §
　　　　Plaintiff, §
 §
versus § Civil Action H-08-1545
 §
Calamar Construction Management, Inc., §
 §
　　　　Defendant. §

## Final Dismissal

On the agreement of the parties, this case is dismissed with prejudice. Costs are taxed against the party incurring them.

Signed on January 7, 2010, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge